# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09 CV 110

| | |
|---|---|
| VALERIE HILLIARD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| RHA HOWELL CARE CENTERS, INC., ) | |
| RHA/HOWELL CARE CENTERS, INC., ) | |
| RHA HEALTH SERVICES, INC., and ) | |
| RHA/NORTH CAROLINA MR., INC., ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on David C. Lindsay's Application for Admission to Practice *Pro Hac Vice* of Leah Miriam Moore. It appearing that Leah Miriam Moore is a member in good standing with the Massachusetts and Connecticut Bar and will be appearing with David C. Lindsay, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David C. Lindsay's Application for Admission to Practice *Pro Hac Vice* (#21) of Leah Miriam Moore is **GRANTED**, and that Leah Miriam Moore is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David C. Lindsay.

Signed: June 23, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge