IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CIVIL CASE NO. 1:09cv110**

| | |
|---|---|
| VALERIE HILLIARD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RHA/HOWELL CARE CENTERS, INC., )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Mediator's report advising that the case has settled. [Doc. 29].

The Court will allow the parties a period of thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **January 14, 2010**.

Signed: December 14, 2009

Martin Reidinger
United States District Judge